thereof unnecessarily sold belong to him.    The Appellate Division upheld the latter contention.

*James J. Farren, Frederick S. Harris* and *Samuel H. King* for appellant.

*Newton B. Van Derzee* for respondent.

Order affirmed, with costs; no opinion.

Concur:    HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.    Not voting: CARDOZO, J.

---

ALEXANDER A. MAYPER, Appellant, *v.* KENNETH D. HARLAN, Respondent.

*Attorney and client — husband and wife — attorney may not recover from husband for services in procuring absolute divorce for wife.*

*Mayper* v. *Harlan*, 215 App. Div. 767, affirmed.

(Argued February 23, 1926; decided March 4, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1925, which reversed an order of the Appellate Term affirming an order of the City Court of the city of New York denying a motion for a dismissal of the complaint and granted said motion. The action was brought by an attorney to recover from defendant the value of services rendered his former wife in obtaining for her an absolute divorce from defendant.

*Alexander A. Mayper* and *Jerome M. Hirsch* for appellant.

*David O. Decker* and *J. Robert Rubin* for respondent.

Order affirmed, with costs; no opinion.

Concur:    HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.    Not voting: CARDOZO, J.